and City of Bradenton v. State, 117 Fla. 578, 579, 158 So. 165.

It is so ordered. Affirmed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD, and DAVIS, JJ., concur.

DAVIS, Justice (concurring).

A party may become bound by a judicial proceeding because he is a party by representation, that is, because his contractual or legal relationship to the nominal parties of record may be · such that whatever binds them will bind him ex proprio rigore. State ·v. Rose (Fla.) 165' So. 60. Successors in office to officials bound by a peremptory writ of mandamus may, on like principles, become bound by an adjudication against their predecessors in office. So it is not necessary to reopen· the · case merely to make a substitution of respondents as such successors in office where predecessors were bound.

W. B. ANDERSON, Plaintiff in Error, v. D. G. HINSON, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

S. M. Preacher, of De Funiak Springs, for plaintiff in error.

Philip D. Beall, of Pensacola, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for defendant in error.

Nelle K. ANSBERRY et al., Appellants, v. Medora B. Stuyvesant HUGHES, Joined by Her Husband, David G. Hughes, Appellees.

Supreme Court of Florida.
Jan. Term, 1936.

Ben Shepard, of Miami, for the motion.

William L. ADAMS et al., Plaintiffs in Error, v. STATE of Florida ex rel. E. C. BOOZER, Defendant in Error.

Supreme Court of Florida.·
July 23, 1936.

C. H. Landefeld, Jr., of Hollywood, for plaintiffs in error.

Boozer & Boozer, of West Palm Beach, for defendant in error.

PER CURIAM.

The writ of error brings for review judgment awarding peremptory writ of mandamus.

The judgment should be affirmed on authority of the opinion and judgment in the cases of Treat et al. v. State ex rel., 118 Fla. 899, 160 So. 498; State ex rel. v. Sholtz et al., 119 Fla. 701, 704, 160 So. 872;

PER CURIAM.

Appeal dismissed on motion of counsel for appellants.

---

ASCAL COMPANY, Inc., a Corporation, Appellant, v. Rosie C. VINCENT, Appellee.

Supreme Court of Florida.
Jan. Term, 1936.

---

J. W. McWhirter, of Tampa, for the motion.

PER CURIAM.

Appeal dismissed on motion of counsel for appellant.

---

Rose AUFRICHTIG, Joined by Her Husband, Benjamin M. Aufrichtig, Appellants, v. Howard R. FRAZEE, as Administrator, etc., et al., Appellees.

Supreme Court of Florida.
Jan. Term, 1936.

---

Lambdin & Ramseur, of St. Petersburg, for appellants.

Ellis & Watson, of St. Petersburg, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for appellants.

---

Nicholas J. BALESTRIERI, Appellant, v. J. Lawrence KELLEY et al., Appellees.

Supreme Court of Florida.
Jan. Term, 1936.

---

Snedigar & Baya, of Miami, for appellant.

Marshall F. Sanders, of Miami, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for appellant.

---

BOARD OF PUBLIC INSTRUCTION OF PINELLAS COUNTY, FLORIDA, et al., Plaintiffs in Error, v. STATE of Florida ex rel. S. F. BANON, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

---

Archie Clement, of Tarpon Springs, for plaintiffs in error.

H. S. Baynard, of St. Petersburg, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for the respective parties.

---

BOARD OF PUBLIC INSTRUCTION OF PINELLAS COUNTY, FLORIDA et al., Plaintiffs in Error, v. STATE of Florida ex rel. M. S. BEERS, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

---

Archie Clement, of Tarpon Springs, for plaintiff in error.

Wylie & Warren, of St. Petersburg, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for the respective parties.

---

William BURBRIDGE et al., Appellants, v. Frances I. BICKETT, Appellee.

Supreme Court of Florida.
Jan. Term, 1936.

---

Copeland & Therrel, of Miami Beach, for appellants.

J. Julien Southerland, of Miami, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.